# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00360-CV

**In re Jana Duty**

## ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

The petition for writ of mandamus is denied.  *See* Tex. R. App. P. 52.8(a).

Before Chief Justice Rose, Justices Goodwin and Field

Filed:   June 17, 2015